IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TAREEQ MUHAMMAD AKBAR, #255438 § | |
| § | |
| VS. § | CIVIL ACTION NO. G-06-787 |
| § | |
| DAVID DEWHURST § | |

### ORDER OF DISMISSAL

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the Application to Proceed In Forma Pauperis of Tareeq Muhammad Akbar be denied because the Court has no jurisdiction to entertain his intended appeal from a state court judgment; Akbar has filed no timely objections to the Report and Recommendation.

Upon proper review the Court finds that there is no clear error on the face of the record and that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of federal law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Consequently, it is **ORDERED** that the Application to Proceed In Forma Pauperis (Instrument no. 2) of Tereeq Muhammad Akbar is **DENIED** and his " Notice of Appeal" is **DISMISSED for lack of subject matter jurisdiction**.

**DONE** at Galveston, Texas, this 24th day of January, 2007.

Samuel B. Kent
United States District Judge