IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| TAREEQ MUHAMMAD AKBAR, #255438 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-787 |
| | § | |
| DAVID DEWHURST | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal of even date herewith, the above-styled action is hereby **DISMISSED for lack of subject matter jurisdiction**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 24th day of January, 2007.

_____
Samuel B. Kent
United States District Judge